IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY GENTNER<br><br>Plaintiff<br><br>vs.<br><br>NELSON, WATSON & ASSOCIATES, LLC<br><br>Defendant | CIVIL ACTION<br><br>CASE NO.: 2:12-cv-04389-TON |

## STIPULATION OF DISMISSAL

AND NOW, this 1st day of February, 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren Law Group, P.C.

BY: /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff

Fineman, Krekstein & Harris, P.C.

BY: /s/Jennifer Tatum Root
Jennifer Tatum Root, Esquire
Attorney for Defendant

{00631439;v1}