# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY GENTNER<br><br>Plaintiff<br><br>vs.<br><br>NELSON, WATSON & ASSOCIATES, LLC<br><br>Defendant | CIVIL ACTION<br><br>CASE NO.: 2:12-cv-04389-TON |

## STIPULATION OF DISMISSAL

AND NOW, this 1st day of February, 2013, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren Law Group, P.C.

BY: /s/ Bruce K. Warren
    Bruce K. Warren, Esquire
    Attorney for Plaintiff


Fineman, Krekstein & Harris, P.C.

BY: /s/Jennifer Tatum Root
    Jennifer Tatum Root, Esquire
    Attorney for Defendant

*T. N. O'Neill*
*2/4/13*

{00631439;v1}